[No. 56656-3-I. Division One. March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DALE WYATT II, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-06406-2, Helen Halpert, J., entered June 27, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56951-1-I. Division One. March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON DALE DENTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04035-8, Linda Lau, J., entered August 29, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57034-0-I. Division One. March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LAVELL MAYBERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-14583-6, Julie Spector, J., entered September 30, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57054-4-I. Division One. March 19, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DUONG DUC NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10299-1, Nicole MacInnes, J., entered June 6, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.